**FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX**
*September 17,2015*
**KEITH E. HOTTLE
CLERK OF THE COURT**

No. 04-14-00811-CV

_____

_____

# In the Fourth Court of Appeals
# San Antonio, Texas

_____

_____

## RANDY COLEMAN

*Appellant*

v.

## RALPH DEAN

*Appellee*

_____

APPEAL FROM CAUSE NO. 11-04-49987-CV
79th DISTRICT COURT, JIM WELLS COUNTY, TEXAS
HON. JUDGE RICHARD C. TERRELL

_____

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

_____

Paul R. Lawrence
State Bar No. 12050000
2180 North Loop West, Suite 510
Houston, Texas 77018
(713) 864-8000
(713) 864-0179 (fax)
prlawrence@lbandd.com

*Counsel for Appellant Randy Coleman*

1

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW, RANDY COLEMAN, Appellant, in the above named and numbered cause, and respectfully submit this his MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING.

I.

1. On September 2, 2015, this Court issued its Opinion; affirming and modifying the Trial Court's Final Judgment. Counsel for Appellant Randy Coleman did not receive and review the Ruling until September 8, 2015. The deadline for filing a Motion for Rehearing is September 17, 2015.

2. Counsel has diligently reviewed the Ruling and the Record. The Motion for Rehearing has been begun. The issues have been identified. Counsel has insufficient time to complete the work necessary. There are two.

3. Appellant requests that Appellant be given an additional 15 days or until October 2, 2015.

4. No other extensions have been granted regarding the issue in question.

This Extension of Time is sought not for purposes of delay , but so that justice may be accomplished for all involved.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Motion for Extension of Time to File Motion for Rehearing be granted. Appellant

also prays for all such other and further relief to which they may be justly entitled at law or in equity.

RESPECTFULLY SUBMITTED:

LAWRENCE AND BACA, PLLC

_____*/s/ Paul R. Lawrence*_____
Paul R. Lawrence
State Bar No. 12050000
2180 North Loop West, Suite 510
Houston, Texas 77007
Telephone: (713) 864-8000
Fax: (713) 864-0179
prlawrence@lbandd.com
*Counsel for Appellant*

**CERTIFICATE OF SERVICE**

I, Paul R. Lawrence, in compliance with Texas Rule of Appellate Procedure, hereby certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Motion for Rehearing was sent to all other parties to the trial court's judgment by facsimile transmission or certified mail on this the 17th day of September, 2015, as listed below:

Charles C. Webb
Webb Cason PC
710 N. Mesquite
Corpus Christi, Texas 78401
Charlie@wcctxlaw.com

Frank Weathered
Dunn Weathered Coffey Rivera & Kasperitis, PC
611 South Upper Broadway
Corpus Christi, Texas  78401
fweathered@swbell.net

3

Parker Webb
Webb Cason PC
710 N. Mesquite
Corpus Christi, Texas 78401
parker@wcctxlaw.com
J. Michael Guerra
Law Office of J. Michael Guerra
1600 E. Main, Suite 227
P.O. Box 1968
Alice, Texas  78333
Jmguerra14@gmail.com

Living Modular
16221 Koester
Houston, Texas 77040


   /s/ Paul R. Lawrence
Paul R. Lawrence